IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHARLENE HAYES SIMPSON,<br>JOISHA ARTOR SIMPSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PRIMERICA LIFE INSURANCE,<br>CO., *et al.*,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)    CASE NO. 2:15-CV-777-WKW<br>)<br>)<br>)<br>)<br>) |

## **ORDER**

On December 3, 2015, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 10.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Plaintiffs' motion to remand (Doc. # 1) is GRANTED; and

(3) This case is REMANDED to the Circuit Court of Montgomery County, Alabama, pursuant to 28 U.S.C. § 1447(c).

The Clerk of the Court is DIRECTED to take the steps necessary to effectuate the remand.

DONE this 22nd day of December, 2015.

                                           /s/ W. Keith Watkins
                              CHIEF UNITED STATES DISTRICT JUDGE